240

### [Vsher v. Timberlak]

John Vsher Plaint. contᵃ William Timberlak Defendᵗ in an accion of the case for refuseing to give him Security for his comming out of prison according to his promiss being put in there upon an Execucion of Sixty eight pounds recovered against him at a County Court held in Boston the 29ᵗʰ October 1672 & all other due damages according to Attachmᵗ Dat. January: 28ᵗʰ 1672: . . . The Jury . . . founde for the Defendant costs of Court.

Execucion Issued yᵉ 4th of June 1673 for Seaven shillings eight pence 7ˢ 8ᵈ